UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert Burton Cook,

    Plaintiff,

        v.                               Case No.   1:18cv319

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 15, 2020 (Doc. 26).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 26) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 26) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff counsel's motion for an additional fee award (Doc. 24) is construed as arising under both 42 U.S.C. §§406(b) and 1383(d) and is **GRANTED in part**. Pursuant to the express terms of the Fee Agreement and the authority cited in the R&R, Plaintiff's counsel is awarded the additional attorney's fee of $3,962.50, which represents a total award of $7,862.50 for the 21.25 hours of work he performed in this Court less an offset

1

for the EAJA fee award that counsel previously received.

**IT IS SO ORDERED.**

                                                              /s/ *Michael R. Barrett*
                                                           Michael R. Barrett, Judge
                                                           United States District Court